U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

DEC 14 2007

LAWRENCE K. BAERMAN, Clerk
UTICA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------

WARNER BROS. ENTERTAINMENT INC.,
A Delaware Corporation,

                Plaintiff,

vs.                              6:07-CV-591

BENJAMIN TAGLIALATELA, an Individual,

                Defendant.

----------------------------------------

APPEARANCES:                              OF COUNSEL:

HISCOCK & BARCLAY, LLP             JOHN D. COOK, ESQ.
Attorneys for Plaintiff                   RICHARD K. HUGHES, ESQ.
One Park Place
300 South State Street
Syracuse, New York 13202-2078

DAVID N. HURD
United States District Judge

### DEFAULT JUDGMENT
### and
### PERMANENT INJUNCTION

Based upon plaintiff's Application For Default Judgment, and good cause appearing therefore, it is

ORDERED that:

1. Defendant shall pay damages to plaintiff for infringement of plaintiff's copyrights in the motion picture listed on Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00);

2. Defendant shall pay plaintiff's attorneys' fees and costs of suit in the amount of One-thousand Six-hundred Forty-eight and 75/100 Dollars ($1,648.75);

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing plaintiff's rights under federal or state law in the following copyrighted motion picture:

*Batman Begins*

and any other motion picture, whether now in existence or later created, that is owned or controlled by plaintiff (or any parent, subsidiary, or affiliate of plaintiff) ("plaintiff's motion pictures"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of plaintiff's motion pictures, to distribute (i.e., upload) any of plaintiffs motion pictures, or to make any of plaintiff's motion pictures available for distribution to the public, except pursuant to a lawful license or with the express authority of plaintiff. Defendant shall also destroy all copies of plaintiff's motion pictures that defendant has downloaded onto any computer hard drive or server without plaintiff's authorization, and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in defendant's possession, custody, or control

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

_____
United States District Court

Dated: December 14, 2007
       Utica, New York.